Angie M. Marth, Esq. SBN 264567
**Shapiro, Van Ess, Sherman & Marth, LLP**
20 Pacifica, Suite 1460
Irvine, CA 92618
Phone: 949-769-3988
Fax: (847) 879-4836
Attorneys for Movant

The following constitutes
the order of the court. Signed September 9, 2014

Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re: | CASE: 11-42216-RLE-13 |
| | CHAPTER: 13 |
| SAMMIE LEE ROLLINS, | R.S. NO.: AMM-008 |
| and | |
| LASITA MAMIE ROLLINS, | |
| Debtor. | |
| | **ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| | **DATE:** September 3, 2014 |
| | **TIME:** 1:30 PM |
| | **PLACE:** |
| | U.S. BANKRUPTCY COURT |
| | 1300 Clay Street |
| | Oakland, CA 94612 |
| | Room 201 |

The Motion of U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE STRUCTURED ASSET INVESTMENT LOAN TRUST 2006-3 ("Movant") for an Order terminating the automatic stay came on regularly for hearing by the Court on the date and at the time and place set forth above, the HONORABLE **Roger L. Efremsky**, United States Bankruptcy Judge presiding. For the reasons set forth on the record and in the minutes of the proceedings, it is hereby

ORDERED that the Motion is granted and the automatic stay of 11 U.S.C. Section 362(a) is terminated to allow Movant to progress enforcement of its contractual default remedies under the Note and Deed of Trust against the real property commonly known as **8155 PEPPERTREE ROAD, DUBLIN, CALIFORNIA, 94568** ("Property") and more particular described as follows:

```
LOT 2, BLOCK "A", "TRACT 3733, FILED AUGUST 16, 1977, MAP BOOK
96, AT PAGE 52, ALAMEDA COUNTY RECORDS.
A.P.N. #: 941-2751-070
```

ORDERED that the stay is terminated to allow Movant to enforce its state law foreclosure remedies against the real property described above and to allow the successful bidder to recover possession of said real property in accordance with applicable state laws.

ORDERED that the Order Terminating Automatic Stay be deemed effective and binding despite case conversion under any Chapter of Title 11 of the United States Code without further notice, hearing or court order.

ORDERED that the Order Terminating Automatic Stay be deemed effective and enforceable immediately with no stay on its enforcement as prescribed by Rule *4001(a)(3)* of the Federal Rules of Bankruptcy Procedure.

**END OF ORDER**

## COURT SERVICE LIST

*Debtor*
**Sammie Lee Rollins**
10605 NE 39th Ave.
Vancouver, WA 98686

*Joint Debtor*
**Lasita Mamie Rollins**
10605 NE 39th Ave.
Vancouver, WA 98686